|     |                                                      |                        |
| --- | ---------------------------------------------------- | ---------------------- |
|  1  |                                                      |                        |
|  2  |                                                      |                        |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER CHONG THAO,

        Plaintiff,                     No. CIV S-08-3061 DAD

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,      <u>ORDER</u>

        Defendant.
_____/

        On December 19, 2008, the Clerk of the Court issued this court's scheduling order together with an order re consent or request for reassignment. The orders were accompanied by a form titled "Consent to Assignment or Request for Reassignment," by which a party may either consent to proceed before a United States Magistrate Judge for all purposes or request reassignment of the case to a United States District Judge. Pursuant to Appendix A(j) of the Local Rules, and as directed in the order re consent or request for reassignment, each party was required to execute a copy of the form and return it to the Clerk of the Court within ninety days after the order was issued. The ninety-day period for filing the required form has now expired, and plaintiff has not submitted an executed form.[1]

---

[1] Defendant submitted the required form on February 11, 2009.

1

IT IS ORDERED that plaintiff shall file within ten calendar days an executed "Consent to Assignment or Request for Reassignment" form. Sanctions may be imposed for failure to file the overdue form within the specified time.

DATED: March 26, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
thao3061.osc.form