```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No.  214624

       333 Market Street, Suite 1500
       San Francisco, California 94105
       Telephone:  (415) 977-8924
       Facsimile:  (415) 744-0134
       E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PETER CHONG THAO,        )<br>                                        )<br>     Plaintiff,              )<br>                                        )<br>     v.                          )<br>                                        )<br>MICHAEL J. ASTRUE,       )<br>Commissioner of              )<br>Social Security,               )<br>                                        )<br>     Defendant.            )<br>_____) | CIVIL NO. 08-3061 KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of  FOUR THOUSAND FIVE HUNDRED FIFTY-SIX dollars and 96 cents ($4,556.96).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

     After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

to *Astrue v. Ratliff*, 130 S. Ct. 2512 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Bess Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: August 5, 2010        /s/ *Bess Brewer*
                             *(As authorized via email)*
                             BESS BREWER
                             Attorney for Plaintiff

Dated: August 5, 2010        BENJAMIN B. WAGNER
                             United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                             /s/ Armand D. Roth
                             ARMAND D. ROTH
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

**<u>ORDER</u>**

The parties' stipulation is HEREBY APPROVED, and pursuant to the parties' stipulation, IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED FIFTY-SIX dollars and 96 cents ($4,556.96), subject to the terms of the stipulation.

APPROVED AND SO ORDERED.

DATED: August 5, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE